**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES P. KNIGHT, *et al.*** **PLAINTIFFS**

**v.** **CASE NO. 4:24-CV-01077-BSM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE